# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLOTTE C. MCDANIEL
MCGEHEE

NO.  2020 CW 0662

VERSUS

TROY MICHAEL MCGEHEE

**JULY 29, 2020**

---

In Re:    Charlotte   C.   McDaniel   McGehee,   applying   for
          supervisory   writs,   23rd   Judicial   District   Court,
          Parish of Ascension, No. 125961.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                           **TMH**
                           **AHP**
                           **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT